157 A.3d 482

David A. CROCKER, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (DIXIE CONSUMER PRODUCTS, LLC), Respondent

No. 341 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.